# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MEGAN JACKSON, Individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:23-CV-10019-DJC |
| Plaintiff, | ) | |
| v. | ) ) | |
| SUFFOLK UNIVERSITY, | ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| SUSANNAH SMITH, Individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:23-CV-10261-DJC |
| Plaintiff, | ) | |
| v. | ) ) | |
| SUFFOLK UNIVERSITY, | ) ) | |
| Defendant. | ) ) ) | |

# PLAINTIFFS' UNOPPOSED MOTION
# FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42 AND APPOINTMENT OF
# CO-LEAD INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)

For the reasons set forth in the contemporaneously filed memorandum of law, Plaintiffs hereby move this Court to: (1) consolidate the Class Actions into one proceeding; (2) appoint Nicholas A. Colella of Lynch Carpenter, LLP and Kevin Laukaitis of Laukaitis Law Firm, LLC as Co-Lead Interim Class Counsel and Jason Leviton of Block & Leviton LLP as Interim Liaison Counsel; and (3) set a briefing schedule for the filing of Plaintiffs' Consolidated Complaint, and Defendant's response, and Plaintiffs' reply thereto. Defendant is in favor of consolidation and takes no position on appointment of Co-Lead Interim Class Counsel.

Dated: March 3, 2023

Respectfully submitted,

By: /s/ Jason M. Leviton
Jason M. Leviton (BBO# 678331)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020

*Proposed Interim Liaison Counsel*

Gary F. Lynch (*pro hac vice* forthcoming)
Nicholas A. Colella (*pro hac vice* forthcoming)
**LYNCH CARPENTER LLP**
1133 Penn Ave. 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 321-0246
Email: gary@lcllp.com
          nickc@lcllp.com

Kevin Laukaitis (*pro hac vice* forthcoming)
**LAUKAITIS LAW FIRM LLC**
737 Bainbridge Street #155
Philadelphia, PA 19147
Tel: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

*Proposed Co-Lead Interim Class Counsel*

**Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendant regarding the above motion, and counsel for Defendant is unopposed to the motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42 AND APPOINTMENT OF CO-LEAD INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jason M. Leviton*