UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN JACKSON, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>SUFFOLK UNIVERSITY,<br><br>*Defendant.* | Case No. 1:23-cv-10019<br><br>Judge Denise J. Casper |

**JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND MOTION TO CONTINUE EXISTING STAY**

Plaintiffs Megan Jackson and Susannah Smith ("Plaintiffs") and Defendant Suffolk University ("Defendant") (collectively, the "Parties") jointly submit this status report, notice of settlement, and motion to continue the existing stay of litigation deadlines.

On May 24, 2023, the Parties conducted a mediation session with the assistance of experienced mediator Judge Thomas R. Allen (Ret.) of ADR Systems. Although the Parties did not reach a resolution at that session, they continued their settlement negotiations thereafter. After participating in multiple settlement conferences and discussions, and exchanging additional information, including as to legal positions and settlement proposals, on September 7 the Parties reached an agreement in principle on the last remaining terms of a class-wide settlement.

Given the complexity of the matter, the volume of documentation, and counsels' other professional obligations, the Parties anticipate needing up to 45 days, until October 23, to prepare the settlement agreement and submit it for approval by the Court. Accordingly, they respectfully request the existing stay of litigation deadlines be continued to allow for the preparation and filing of settlement documentation.

1

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court grant this Joint Motion; extend the temporary stay of litigation deadlines to October 23, 2023; and grant the Parties such other and further relief as this Court deems appropriate.

Date: September 8, 2023

Respectfully submitted,

/s/ Jason M. Leviton

Jason M. Leviton (BBO #678331)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA  02110
(617) 398-5600
*jason@blockleviton.com*

Gary F. Lynch (admitted *pro hoc vice*)
Nicholas A. Colella (admitted *pro hoc vice*)
**Lynch Carpenter, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
T:  (412) 322-9243
F:  (412) 231-0246
*gary@lcllp.com*
*nickc@lcllp.com*

Kevin Laukaitis (admitted *pro hac vice*)
**Laukaitis Law LLC**
954 Avenida Ponce De León
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
*klaukaitis@laukaitislaw.com*

/s/ Lindsey A. Gil

Lindsey A. Gil
**Peabody & Arnold LLP**
600 Atlantic Avenue
Boston, MA 02210
T: 617.951.2004
F: 617.235.3550
*lgil@peabodyarnold.com*

Christopher G. Dean (admitted *pro hac vice*)
**McDonald Hopkins LLC**
600 Superior Avenue, E., Suite 2100
Cleveland, Ohio 44114
T: 216.348.5400
F: 216.348.5474
*cdean@mcdonaldhopkins.com*

*Counsel for Defendant*

James A. Francis (admitted *pro hac vice*)
John Soumilas (admitted *pro hac vice*)
**Francis Mailman Soumilas, PC**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
*jfrancis@csonumerlawfirm.com*
*jsoumalis@consumerlawfirm.com*

Erica C. Mirabella (BBO# 676750)
**Mirabella Law, LLC**
132 Boylstown Street, 5th Floor
Boston, MA 02116
T: (617) 580-8270
F: (617) 583-1905
*erica@mirabellallc.com*

*Counsel for Plaintiffs*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned counsel hereby certifies that Defendant's counsel has conferred with Plaintiffs' counsel of record on this motion and that Plaintiffs' counsel assents to the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on this Friday, September 8, 2023, I caused the above document to be electronically filed with the Clerk of the Court using the ECF System, which will provide electronic copies to all counsel of record.

*/s/ Lindsey A. Gil*

Lindsey A. Gil
**Peabody & Arnold LLP**

*Counsel for Defendant*