## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MEGAN JACKSON, *et al.*,

*Plaintiffs,*

v.

SUFFOLK UNIVERSITY,

*Defendant.*

Case No. 1:23-cv-10019

Judge Denise J. Casper

### JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS AND
### MOTION TO CONTINUE TEMPORARY STAY OF LITIGATION DEADLINES

Plaintiffs Megan Jackson and Susannah Smith ("Plaintiffs") and Defendant Suffolk University ("Defendant") (collectively, the "Parties") jointly submit this status report regarding their settlement efforts and in support of their joint motion to continue the previously entered temporary stay of litigation deadlines until November 6, 2023.

As reported in the Parties' September 8 submission, after several months of negotiations, on September 7 the Parties reached an agreement in principle on the last remaining terms of a class-wide settlement of this action. Since then, the Parties have been working diligently to draft and finalize settlement documentation reflecting their agreement. That process, however, has been hampered somewhat by the temporary illness of one Party's lead counsel, counsel's other work- and personal obligations, and the preexisting international travel of an individual whose approval was necessary for the settlement paperwork. As a result, although the paperwork is nearly done, the Parties are not in a position to move for preliminary approval of the settlement by October 23.

Given the current status of the settlement documentation, the Parties anticipate needing up to 14 days, until November 6, to finalize and execute the settlement agreement, and to move for

preliminary approval of it. Accordingly, counsel jointly requests the existing stay of litigation deadlines be continued to allow for the finalization and filing of settlement documentation.

**WHEREFORE,** Plaintiffs and Defendant respectfully request that the Court grant this Joint Motion; extend the temporary stay of litigation deadlines to November 6, 2023; and grant the Parties such other and further relief as this Court deems appropriate.

Date: October 23, 2023

<u>**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**</u>

The undersigned counsel hereby certifies that Defendant's counsel has conferred with Plaintiffs' counsel of record on this motion and that Plaintiffs' counsel assents to the motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Jason M. Leviton* | */s/ Lindsey A. Gil* |
| Jason M. Leviton (BBO #678331) | Lindsey A. Gil |
| **Block & Leviton LLP** | **Peabody & Arnold LLP** |
| 260 Franklin Street, Suite 1860 | 600 Atlantic Avenue |
| Boston, MA  02110 | Boston, MA 02210 |
| (617) 398-5600 | T: 617.951.2004 |
| *jason@blockleviton.com* | F: 617.235.3550 |
| | *lgil@peabodyarnold.com* |
| Gary F. Lynch (admitted *pro hoc vice*) | |
| Nicholas A. Colella (admitted *pro hoc vice*) | Christopher G. Dean (admitted *pro hac vice*) |
| **Lynch Carpenter, LLP** | **McDonald Hopkins LLC** |
| 1133 Penn Avenue, 5th Floor | 600 Superior Avenue, E., Suite 2100 |
| Pittsburgh, PA  15222 | Cleveland, Ohio 44114 |
| T:  (412) 322-9243 | T: 216.348.5400 |
| F:  (412) 231-0246 | F: 216.348.5474 |
| *gary@lcllp.com* | *cdean@mcdonaldhopkins.com* |
| *nickc@lcllp.com* | |
| | *Counsel for Defendant* |

Kevin Laukaitis (admitted *pro hac vice*)
**Laukaitis Law LLC**
954 Avenida Ponce De León
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
*klaukaitis@laukaitislaw.com*

James A. Francis (admitted *pro hac vice*)
John Soumilas (admitted *pro hac vice*)
**Francis Mailman Soumilas, PC**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
*jfrancis@csonumerlawfirm.com*
*jsoumalis@consumerlawfirm.com*

Erica C. Mirabella (BBO# 676750)
**Mirabella Law, LLC**
132 Boylstown Street, 5th Floor
Boston, MA 02116
T: (617) 580-8270
F: (617) 583-1905
*erica@mirabellallc.com*

*Counsel for Plaintiffs*

32709072.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2023, I caused the above document to be electronically filed with the Clerk of the Court using the ECF System, which will provide electronic copies to all counsel of record.

*/s/ Lindsey A. Gil*
Lindsey A. Gil
**Peabody & Arnold LLP**

*Counsel for Defendant*

32709072.1