# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN JACKSON and SUSANNAH SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUFFOLK UNIVERSITY,<br><br>Defendant. | Case No. 1:23-CV-10019<br><br>**Honorable Judge Denise J. Casper** |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT

Plaintiffs Megan Jackson and Susannah Smith (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court, before the Honorable Denise J. Casper, United States District Judge, at the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for an order granting Plaintiffs' motion for preliminary approval of the proposed class action settlement with Defendant Suffolk University ("Suffolk" or "Defendant") as well as other relief set forth in the proposed order filed herewith.

| | |
|---|---|
| Dated: November 14, 2023 | Respectfully submitted,<br><br>*/s/ Jason M. Leviton*<br>Jason M. Leviton<br>**BLOCK & LEVITON LLP**<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>Tel: (617) 398-5600<br>Fax: (617) 507-6020<br>jason@blockleviton.com<br><br>Nicholas Colella (admitted *pro hac vice*)<br>Gary F. Lynch (admitted *pro hac vice*) |

**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
nickc@lcllp.com
gary@lcllp.com

Kevin Laukaitis (admitted *pro hac vice)*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, # 10518
San Juan, PR 00907
Tel.: (215) 789-4462
klaukaitis@laukaitislaw.com

James A. Francis (admitted *pro hac vice*)
John Soumilas (admitted *pro hac vice*)
**FRANCIS MAILMAN SOUMILAS, PC**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

Erica C. Mirabella (BBO# 676750)
**MIRABELLA LAW, LLC**
132 Boylston Street, 5th Floor
Boston, MA 02116
T: (617) 580-8270
F: (617) 583-1905

*Counsel for Plaintiffs*