**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **MEGAN JACKSON** and **SUSANNAH SMITH**, *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **SUFFOLK UNIVERSITY**, <br><br> *Defendant*. | 1:23-cv-10019-DJC <br><br> Hon. Denise J. Casper |

**PLAINTIFFS' MOTION FOR CLASS COUNSEL PAYMENT AND SERVICE AWARDS**

For the reasons set forth in the accompanying memorandum and consistent with the parties' Settlement Agreement, Plaintiffs hereby move the Court for an award of $221,687.72 in attorneys' fees, $5,312.28 in reimbursement of expenses, and $2,500 in service awards for each Plaintiff.

Dated:     March 25, 2024

Respectfully submitted,

**MEGAN JACKSON, SUSANNAH SMITH**,
*by their attorneys*,

*/s/Jason M. Leviton*
Jason M. Leviton
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jason@blockleviton.com

Nicholas Colella (admitted *pro hac vice*)
Gary F. Lynch (admitted *pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
nickc@lcllp.com
gary@lcllp.com

Kevin Laukaitis (admitted *pro hac vice)*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, # 10518
San Juan, PR 00907
Tel.: (215) 789-4462
klaukaitis@laukaitislaw.com

Erica C. Mirabella (BBO# 676750)
**MIRABELLA LAW, LLC**
132 Boylston Street, 5th Floor
Boston, MA 02116
T: (617) 580-8270
F: (617) 583-1905

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 25, 2024, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Jason M. Leviton*
Jason M. Leviton