# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN JACKSON and SUSANNAH SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUFFOLK UNIVERSITY,<br><br>Defendant. | Case No. 1:23-CV-10019<br><br>**Honorable Judge Denise J. Casper** |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Megan Jackson and Susannah Smith (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court, before the Honorable Denise J. Casper, United States District Judge, at the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for an order granting Plaintiffs' motion for final approval of the proposed class action settlement with Defendant Suffolk University ("Suffolk" or "Defendant") as well as other relief set forth in the proposed order filed herewith.

| | |
|---|---|
| Dated: June 4, 2024 | Respectfully submitted,<br><br>*/s/ Jason M. Leviton*<br>Jason M. Leviton (BBO# 678331)<br>**BLOCK & LEVITON LLP**<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>Phone: (617) 398-5600<br>jason@blockleviton.com<br><br>Gary F. Lynch (*pro hoc vice forthcoming*)<br>Nicholas A. Colella (admitted *pro hac vice*)<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222 |

T: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
nickc@lcllp.com

Kevin Laukaitis (admitted *pro hac vice*)
**LAUKAITIS LAW FIRM LLC**
737 Bainbridge Street #155
Philadelphia, PA 19147
Ph: 215-789-4462
Email: klaukaitis@laukaitislaw.com

James A. Francis (admitted *pro hac vice*)
John Soumilas (admitted *pro hac vice*)
**FRANCIS MAILMAN SOUMILAS, PC**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

Erica C. Mirabella (BBO# 676750)
**MIRABELLA LAW, LLC**
132 Boylston Street, 5th Floor,
Boston, MA 02116
T: (617) 580-8270
F: (617) 583-1905
erica@mirabellallc.com


*Counsel for Plaintiffs and the Settlement Class*