UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN JACKSON and SUSANNAH SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUFFOLK UNIVERSITY,<br><br>Defendant. | Case No. 1:23-CV-10019<br><br>**Honorable Judge Denise J. Casper** |

## [~~PROPOSED~~] ORDER

Plaintiffs Megan Jackson and Susannah Smith and Defendant Suffolk University have requested entry of an order approving the National Cybersecurity Society ("NCSS") as *cy pres* recipient of the residual settlement funds. Upon considering the Motion, the Court grants the same.

**IT IS HEREBY ORDERED AND ADJUDGED** that NCSS is approved as *cy pres* recipient. It is further ORDERED that the Court-approved claims administrator shall distribute all residual settlement funds to NCSS as the designated *cy pres* beneficiary.

IT IS SO ORDERED this  5th  day of  June  , 2025.

_____
Hon. Denise J. Casper
United States District Judge

1